# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Nathon Wesley White,

                Petitioner,

v.

State of Minnesota,

                Respondent.

Civ. No. 14-3459 (ADM/BRT)

**ORDER**

---

Nathon Wesley White, OID #236911, 924 Willow St. #3, Faribault, MN 55021, *pro se* Petitioner.

Matthew Frank, Esq., and James B. Early, Esq., Minnesota Attorney General's Office; and Meredith A. Erickson, Esq., Rice County Attorney's Office, counsel for Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated August 18, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.      Nathon Wesley White's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

2.      No certificate of appealability is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: September 23, 2015

s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Judge